**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CITY OF ST. LOUIS and MEGAN E. GREEN,<br><br>        Plaintiffs,<br><br>v.<br><br>STATE OF MISSOURI,<br><br>        Defendant. | Case No. 4:25-CV-00498 |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff City of St. Louis dismisses its action without prejudice pursuant to Federal Rule

of Civil Procedure 41(a)(1)(A)(i). Plaintiff City acknowledges that its voluntary dismissal does not

deprive the Court of jurisdiction to enforce Federal Rule of Civil Procedure 11. Plaintiff City and

its counsel have responded to the Court's order dated April 23, 2025, in a separate filing.

Dated:  April 30, 2025

Respectfully submitted,

MICHAEL A. GARVIN,
CITY COUNSELOR

*/s/ Michael A. Garvin*

Michael A. Garvin ,  #39817 (MO)
Nathan S. Puckett,  #73417 (MO)
1200 Market Street, Room 314
St. Louis, Missouri 63103
(314) 622-3361
(314) 622-4956 (facsimile)
garvinm@stlouis-mo.gov
puckettn@stlouis-mo.gov

Attorneys for Plaintiff City of St. Louis

1

## CERTIFICATE OF SERVICE

I certify that on April 30, 2025, I filed the foregoing with the Clerk of the Court using the Court's electronic filing system, which sent notification of such filing to counsel of record.

/s/ *Michael A. Garvin*